Exhibit 2

Charted Claims:

Method Claims:1

| US8471812B2 | Nike mobile application ("Accused Product") |
|---|---|
| 1. A method for identifying an object, the method comprising: | The accused product practices a method for identifying (e.g., detecting and searching similar products) an object (e.g., shoes, jeans, etc.).<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect, and identify objects such as shoes, jeans, etc. in an image. The image is scanned via the smartphone's camera. The accused product identifies different objects in the image. Once the objects are identified, similar products are searched. A list of these products is then presented to the user to view and buy.<br><br><br><br>https://web.archive.org/web/20221019072140/https://apps.apple.com/us/app/nike-shoes-apparel-stories/id1095459556 |



https://web.archive.org/web/20221019072140/https://apps.apple.com/us/app/nike-shoes-apparel-stories/id1095459556

# Nike Visual Search

Nike Visual Search is a feature within the Nike App that allows users to search for a pair of Nike shoes by taking a picture or using a photo. Visual search is a great tool for users to find shoes that they can't quite put into words by with searching with photographies and images. This helps users compare prices and variation with other similar-styled products to empower users choose the right product for them.

https://iamsam.info/visualsearch/

**Role:**

Interface Design
Experience Design

**Time:**

2019



pointing and identification device

object

# Smart Suggestions

Visual Search will suggest relevant suggestions based on visually similar Nike products. Users can upload a photo or use their cameras to take a picture to search for visually similar products, even if the original product is not from Nike. This helps reduce friction in the consumer product finding journey.

https://iamsam.info/visualsearch/



identifying an object

Finding matches…

https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/

| | |
|---|---|
| (a) providing a pointing and identification device | The accused product practices providing a pointing and identification device (e.g., smartphone with accused product enabled on it) for pointing at the object (e.g., shoes, jeans, etc.). |

| for pointing at the object, | As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is used by the accused product to search and present similar products to the user. |
|---|---|

# Nike Visual Search

Nike Visual Search is a feature within the Nike App that allows users to search for a pair of Nike shoes by taking a picture or using a photo. Visual search is a great tool for users to find shoes that they can't quite put into words by with searching with photographies and images. This helps users compare prices and variation with other similar-styled products to empower users choose the right product for them.

https://iamsam.info/visualsearch/

**Role:**

Interface Design
Experience Design

**Time:**

2019



pointing and identification device

object

# Smart Suggestions

Visual Search will suggest relevant suggestions based on visually similar Nike products. Users can upload a photo or use their cameras to take a picture to search for visually similar products, even if the original product is not from Nike. This helps reduce friction in the consumer product finding journey.

https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/

| the pointing and identification device comprising: at least one actuation means for actuation by the | The accused product comprises the pointing and identification device (e.g., smartphone with accused product enabled on it) comprising: at least one actuation means (e.g., snap button to search for an object) for actuation by the user (e.g., click by the user) when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., shoes, jeans, etc.). |
|---|---|

| user when the user points the pointing and identification device at the object; | As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a shoe, etc.), and clicks on a snap button, an image of the pointed-at object is clicked. The object is then identified by the accused product and searched. Similar products are then identified and presented to the user. |
|---|---|

# Nike Visual Search

Nike Visual Search is a feature within the Nike App that allows users to search for a pair of Nike shoes by taking a picture or using a photo. Visual search is a great tool for users to find shoes that they can't quite put into words by with searching with photographies and images. This helps users compare prices and variation with other similar-styled products to empower users choose the right product for them.

https://iamsam.info/visualsearch/

**Role:**    **Time:**

Interface Design    2019
Experience Design



pointing and identification device

object

# Smart Suggestions

Visual Search will suggest relevant suggestions based on visually similar Nike products. Users can upload a photo or use their cameras to take a picture to search for visually similar products, even if the original product is not from Nike. This helps reduce friction in the consumer product finding journey.

https://iamsam.info/visualsearch/



identifying an object

https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/

| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification device at the object and actuates the at least one actuation means; | The accused product comprises a digital camera (e.g., camera of the smartphone with accused product enabled on it) for forming a digital image (e.g., image captured by the camera) of the object (e.g., shoes, jeans, etc.) or of a portion of the object when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., shoes, jeans, etc.) and actuates the at least one actuation means (e.g., snap button to capture and search for an object). |
|---|---|
| | As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a shoes, jeans, etc.), and clicks on a snap tag button, an image of the pointed-at object is clicked. The object is then identified by the accused application and searched. Similar products are then identified and presented to the user. |

# Nike Visual Search

Nike Visual Search is a feature within the Nike App that allows users to search for a pair of Nike shoes by taking a picture or using a photo. Visual search is a great tool for users to find shoes that they can't quite put into words by with searching with photographies and images. This helps users compare prices and variation with other similar-styled products to empower users choose the right product for them.

https://iamsam.info/visualsearch/

**Role:**

Interface Design
Experience Design

**Time:**

2019



pointing and identification device

object

# Smart Suggestions

Visual Search will suggest relevant suggestions based on visually similar Nike products. Users can upload a photo or use their cameras to take a picture to search for visually similar products, even if the original product is not from Nike. This helps reduce friction in the consumer product finding journey.

https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/

| and a communication device for communicating the digital image to a different location when the user actuates the at least one actuation means; | The accused product comprises a communication device (e.g., wireless communication module and associated processor of the smartphone) for communicating the digital image (e.g., image captured by the camera) to a different location (e.g., Nike's database) when the user actuates the at least one actuation means (e.g., snap button to capture and search for an object).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is searched by the accused product across Nike's database (e.g., different location) to identify and present similar products to the user. |
|---|---|



pointing and identification device

object

# Smart Suggestions

Visual Search will suggest relevant suggestions based on visually similar Nike products. Users can upload a photo or use their cameras to take a picture to search for visually similar products, even if the original product is not from Nike. This helps reduce friction in the consumer product finding journey.

https://iamsam.info/visualsearch/



communication device

https://iamsam.info/visualsearch/



actuation means

https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/

***Personal Information Collected Directly from You***. We ask you for certain personal information to provide you with the products or services you request. The personal information we collect from you depends on how you interact with us or use our Platform. This personal information includes your:

- ***Identifiers***. We collect certain personal information from you, such as your name, telephone number, email address, date of birth, password, and other identifiers, as well as any personal and demographic information that you share with us, such as gender, hometown, photos, and images you provide to us or post to your profile, or product preferences. When you make a purchase, we collect your payment or credit card information and shipping and billing address.

https://agreementservice.svs.nike.com/rest/agreement?agreementType=privacyPolicy&uxId=com.nike.commerce.nikedotcom.web&country=US

|  | Please follow the instructions provided here to opt-in to the financial incentive by becoming a Nike Member. For our other programs, follow the directions provided with the program announcement to learn the terms of such programs and opt-in. |
|---|---|
|  | When you sign up for one of these programs, we may ask you to provide your contact details (such as email address and/or phone number), collect information about your activities on our Platform and your purchases, and draw inferences about your preferences, and collect other categories of personal information about you. The value of your personal information to us is reasonably related to the value of the perks, rewards, exclusive offers and discounts, or other benefits that are provided as part of the applicable program. We estimate the value of personal information by considering factors, including but not limited to, expenses related to the collection, storage, and retention of personal information in the context of the program and the expenses related to the administration of the program. The overall value of personal information to us is depends on what offerings you take advantage of and whether you opt-out of any offerings. |
|  | https://agreementservice.svs.nike.com/rest/agreement?agreementType=privacyPolicy&uxId=com.nike.commerce.nikedotcom.web&country=US |
| (b)    communicating the  digital  image  to the different location; | The accused product practices communicating the digital image (e.g., image captured by the camera) to the different location (e.g., Nike's database).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image is taken. This image is then used by the accused product to search across Nike's database (e.g., different location). Similar products are then identified and presented to the user. |



communication device

https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/

***Personal Information Collected Directly from You***. We ask you for certain personal information to provide you with the products or services you request. The personal information we collect from you depends on how you interact with us or use our Platform. This personal information includes your:

- ***Identifiers***. We collect certain personal information from you, such as your name, telephone number, email address, date of birth, password, and other identifiers, as well as any personal and demographic information that you share with us, such as gender, hometown, photos, and images you provide to us or post to your profile, or product preferences. When you make a purchase, we collect your payment or credit card information and shipping and billing address.

https://agreementservice.svs.nike.com/rest/agreement?
agreementType=privacyPolicy&uxId=com.nike.commerce.nikedotcom.web&country=US

| | |
|---|---|
| | Please follow the instructions provided here to opt-in to the financial incentive by becoming a Nike Member. For our other programs, follow the directions provided with the program announcement to learn the terms of such programs and opt-in.<br><br>When you sign up for one of these programs, we may ask you to provide your contact details (such as email address and/or phone number), collect information about your activities on our Platform and your purchases, and draw inferences about your preferences, and collect other categories of personal information about you. The value of your personal information to us is reasonably related to the value of the perks, rewards, exclusive offers and discounts, or other benefits that are provided as part of the applicable program. We estimate the value of personal information by considering factors, including but not limited to, expenses related to the collection, storage, and retention of personal information in the context of the program and the expenses related to the administration of the program. The overall value of personal information to us is depends on what offerings you take advantage of and whether you opt-out of any offerings.<br><br>https://agreementservice.svs.nike.com/rest/agreement?<br>agreementType=privacyPolicy&uxId=com.nike.commerce.nikedotcom.web&country=US |
| (c) automatically identifying a list of likely pointed-to objects from the digital image at the different location to return the list of likely pointed-to objects; and | The accused product practices automatically identifying a list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) from the digital image (e.g., image captured by the camera) at the different location (e.g., Nike's database) to return the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed to identify the object in the image. The object is then searched by the accused product across Nike's database (e.g., different location). Products similar to the object in the image are identified and presented to the user. The user can thereafter view and buy these products. |



pointing and identification device

object

# Smart Suggestions

Visual Search will suggest relevant suggestions based on visually similar Nike products. Users can upload a photo or use their cameras to take a picture to search for visually similar products, even if the original product is not from Nike. This helps reduce friction in the consumer product finding journey.

https://iamsam.info/visualsearch/



communication device

https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/

| (d) returning the list of likely pointed-to objects to the user to | The accused product practices returning the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) to the user to select (e.g., click to view and buy) one of the likely pointed-to objects (e.g., objects similar to the objects identified in an |

| | |
|---|---|
| select one of the likely pointed-to objects; | image). |

As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product, by scanning a new object, a digital image of object is taken. This image is analysed to identify the object in the image. The object is then searched by the accused product. Products similar to the object in the image, are identified and presented to the user. The user can thereafter view and buy these products.

# Nike Visual Search

Nike Visual Search is a feature within the Nike App that allows users to search for a pair of Nike shoes by taking a picture or using a photo. Visual search is a great tool for users to find shoes that they can't quite put into words by with searching with photographies and images. This helps users compare prices and variation with other similar-styled products to empower users choose the right product for them.

https://iamsam.info/visualsearch/

Role:                     Time:

Interface Design          2019
Experience Design



pointing and identification device

object

# Smart Suggestions

Visual Search will suggest relevant suggestions based on visually similar Nike products. Users can upload a photo or use their cameras to take a picture to search for visually similar products, even if the original product is not from Nike. This helps reduce friction in the consumer product finding journey.

https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/

| wherein the object is at least one of a spot on a displayed image | The accused product practices - wherein the object (e.g., shoes, jeans, etc.) is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects (e.g., one of the multiple objects in an image) in the |
|---|---|

| | |
|---|---|
| on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects in the displayed image on the display, an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space | displayed image (e.g., image captured using smartphone camera) on the display (e.g., smartphone display), an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space.<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect and identify objects such as a shoes, jeans, etc. in an image. When a user uses the accused product, an image of surroundings can be taken using the smartphone's camera. This digital image is then analysed by the accused product to identify objects. Among multiple objects (e.g., shoes, jeans, etc.) identified in the image, the user can select to search for a specific object (e.g., shoes). Products similar to the selected object are then searched. These products are then presented to the user to view and buy.<br><br># Nike Visual Search<br><br>Nike Visual Search is a feature within the Nike App that allows users to search for a pair of Nike shoes by taking a picture or using a photo. Visual search is a great tool for users to find shoes that they can't quite put into words by with searching with photographies and images. This helps users compare prices and variation with other similar-styled products to empower users choose the right product for them.<br><br>https://iamsam.info/visualsearch/<br><br>**Role:** Interface Design Experience Design     **Time:** 2019 |



pointing and identification device

object

# Smart Suggestions

Visual Search will suggest relevant suggestions based on visually similar Nike products. Users can upload a photo or use their cameras to take a picture to search for visually similar products, even if the original product is not from Nike. This helps reduce friction in the consumer product finding journey.

https://iamsam.info/visualsearch/



plurality of objects in the displayed image

https://iamsam.info/visualsearch/



identifying an object

Finding matches…

https://iamsam.info/visualsearch/



https://iamsam.info/visualsearch/



list of likely pointed-to objects

https://iamsam.info/visualsearch/